**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**LEON NAPIER,**

                     **Plaintiff(s),**          **CASE NUMBER: 09-14255**
                                       **HONORABLE VICTORIA A. ROBERTS**

**v.**

**JOHN DOE, Unknown Sergeant,**
**PATRICIA CARUSO,**
**STATE OF MICHIGAN,**

                     **Defendant(s).**

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      On December 29, 2009, Magistrate Judge Charles E. Binder submitted a Report

and Recommendation (Doc. #12) recommending the Court *sua sponte* dismiss

Plaintiff's Complaint.  (Doc. #1).  Because the Court has not received objections from

either party within the time frame provided for in 28 U.S.C. §636(b)(1) and Fed. R. Civ.

P. 72(b)(2), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation.

Plaintiff's Complaint is **DISMISSED**.

      Plaintiff's motion to appoint counsel (Doc. #5) is **MOOT**.

      **IT IS ORDERED**.

                              S/Victoria A. Roberts_____
                              Victoria A. Roberts
                              United States District Judge

Dated:  January 15, 2010

1

The undersigned certifies that a copy of this document was served on the attorneys of record and Leon Napier by electronic means or U.S. Mail on January 15, 2010.

s/Carol A. Pinegar
Deputy Clerk